# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-16993-ERW |
| | § | |
| BRIAN J CALLAHAN | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 A.M. on 07/11/2012, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   06/12/2012          By:   /s/ David P. Leibowitz
                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-16993-ERW |
| | § | |
| BRIAN J CALLAHAN | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $6,000.00
*and approved disbursements of*          $4,453.36
*leaving a balance on hand of[1]:*          $1,546.64

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:          $0.00
Remaining balance:          $1,546.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $918.38 | $0.00 | $918.38 |
| David P. Leibowitz, Trustee Expenses | $55.88 | $0.00 | $55.88 |

Total to be paid for chapter 7 administrative expenses:          $974.26
Remaining balance:          $572.38

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:          $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST-Form 101-7-NFR (5/1/2011)

Remaining balance:                    $572.38

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,750.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Bill McGovern | $28,750.00 | $0.00 | $572.38 |

Total to be paid to priority claims:                    $572.38
Remaining balance:                    $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $59,334.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $6,830.91 | $0.00 | $0.00 |
| 2 | Quality Gold | $972.50 | $0.00 | $0.00 |
| 3 | Bastian GMBH & Co KG | $27,344.62 | $0.00 | $0.00 |
| 4 | Bastian GMBH & Co KG | $2,379.20 | $0.00 | $0.00 |
| 5 | Clipper Magazine 88 | $402.00 | $0.00 | $0.00 |
| 6 | Alicia Polikowski | $4,146.50 | $0.00 | $0.00 |
| 7 | Capital One,N.A | $942.96 | $0.00 | $0.00 |
| 8 | Stuller | $568.06 | $0.00 | $0.00 |
| 9 | Chase Bank USA, N.A. | $717.20 | $0.00 | $0.00 |
| 12 | DiaStud Inc | $3,619.67 | $0.00 | $0.00 |
| 13 | Concord 24, LLC | $11,410.73 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-16993-ERW
Brian J Callahan                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez          Page 1 of 3          Date Rcvd: Jun 14, 2012
                             Form ID: pdf006         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2012.
db           Brian J Callahan,   12630 W. Navajo,   Palos Heights, IL 60463-1741
aty          Lakelaw,   420 W Clayton Street,   Waukegan, IL 60085-4216
17165240     +Alicia Polikowski,   3277 N. Summit Ave,   Milwaukee, WI 53211-3152
17225001      Bastian GMBH & Co KG,   The Jewelers Board of Trade,   PO Box 6928,   Providence, RI 02940-6928
17165242     +Belair Time Corporation,   1995 Swarthmore Ave #3,   Lakewood, NJ 08701-4572
17165243     +Best Western Quiet House,   10330 N. Pt. Washington Road,   Thiensville, WI 53092-5744
17225000     +Bill McGovern,   10149 S Wood Street,   Chicago, IL 60643-2046
17165244    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,   Bankruptcy Dept,   Po Box 5155,
              Norcross, GA 30091)
17415837     +Capital One,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
17165245     +Cbs Inc,   Pob 1000,   Fremont, NE 68026-1000
17502765      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17165246     +Chase- Bp,   Po Box 15298,   Wilmington, DE 19850-5298
17165247     +Citibank,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
17165248     +Clipper Magazine,   3708 Hempland Road,   Mountville, PA 17554-1542
17384964     +Clipper Magazine 88,   3708 Hempland Road,   Mountville, PA 17554-1542
17165249     +Concord 24, LLC,   11501 N. Port Washington Road,   Suite 200,   Mequon, WI 53092-3466
17165250     +DiaStud Inc,   37 West 47th Street Suite 506,   New York, NY 10036-2809
17165252     +Duffey Law Office, S.C.,   P.O. Box 26453,   933 N. Mayfair Rd, Suite 302,
              Milwaukee, WI 53226-3432
17165253     +Estate of Kenneth D. Vanek, Jr,   c/o Norbert M. Ulaszek,   4535 South Kedzie Ave,
              Chicago, IL 60632-2903
17165254     +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
              Grand Rapids, MI 49546-6210
17165256     +Gottlieb,   1100 Superior Ave,   Cleveland, OH 44114-2508
17165257     +Kim International,   14840 Landmark Blvd,   Dallas, TX 75254-7080
17165259     +Northshore Bank,   Card Member Services,   PO Box 790408,   Saint Louis, MO 63179-0408
17165260     +Quality Gold,   PO Box 18490,   Fairfield, OH 45018-0490
17165261     +Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,   Po Box 20507,
              Kansas City, MO 64195-0507
17165262     +Simmons 1st National,   501 Main St,   Pine Bluff, AR 71601-4327
17165263     +Skaggen,   640 Maestro Drive,   Reno, NV 89511-3280
17165264     +State of Wisconsin Dept of Revenue,   2135 Rimrock Road,   PO Box 8946,   Madison, WI 53708-8946
17165265     +Stuller,   PO Box 87777,   Lafayette, LA 70598-7777
17165266     +Supreme Jewelry,   640 S. Hill Street,   Los Angeles, CA 90014-4703
17165267     +World Pay Credit Card Services,   600 Morgan Falls Road,   Atlanta, GA 30350-5810

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17165241      E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 14 2012 23:59:24    American Honda Finance,
              Acura Financial Srevices,   PO Box 168088,   Irving, TX 75016-8088
17320653      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2012 02:43:42    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17165251     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2012 02:43:42    Discover Fin,   Po Box 6103,
              Carol Stream, IL 60197-6103
17165255     +E-mail/Text: fmbbankruptcy@firstmidwest.com Jun 15 2012 00:02:02    First Midwest Bank/na,
              300 Hunt Club Road,   Gurnee, IL 60031-2502
17165258     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 14 2012 23:59:04    Kohls,   Attn: Recovery Dept,
              Po Box 3120,   Milwaukee, WI 53201-3120
                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Douglas F Mann
17165239      Abn Amro Mortgage Grou,   CitiMortgage,   PO Box 9438,   MD 20698
                                                                    TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: bchavez           Page 2 of 3          Date Rcvd: Jun 14, 2012
                             Form ID: pdf006          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2012**                    **Signature:**

```
District/off: 0752-1          User: bchavez          Page 3 of 3          Date Rcvd: Jun 14, 2012
                             Form ID: pdf006         Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2012 at the address(es) listed below:
           Carleen L Cignetto    on behalf of Debtor Brian Callahan cignettolaw@yahoo.com
           David P Leibowitz    dleibowitz@lakelaw.com,
            il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
           Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                      TOTAL: 3