**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-16993-ERW |
| | § | |
| BRIAN J CALLAHAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $187,723.50 | Assets Exempt: | $49,346.00 |
| Total Distributions to Claimants: | $572.38 | Claims Discharged Without Payment: | $162,329.43 |
| Total Expenses of Administration: | $3,101.12 | | |

3)        Total gross receipts of $6,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,326.50 (see **Exhibit 2**), yielded net receipts of $3,673.50 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $384,444.00 | $34,713.49 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,101.12 | $3,101.12 | $3,101.12 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,219.46 | $28,750.00 | $28,750.00 | $572.38 |
| General Unsecured Claims (from **Exhibit 7**) | $100,889.00 | $59,334.35 | $59,334.35 | $0.00 |
| **Total Disbursements** | $486,552.46 | $125,898.96 | $91,185.47 | $3,673.50 |

4).  This case was originally filed under chapter 7 on 04/21/2011.  The case was pending for 16 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2012            By:    /s/ David P. Leibowitz
                                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Jewelry showcases and 2 safes used Located at business premises 10804 N. Port Washington Road, Mequon, WI | 1129-000 | $6,000.00 |
| **TOTAL GROSS RECEIPTS** | | $6,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Brian J. Callahan | Exemptions | 8100-002 | $2,326.50 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,326.50 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | American Honda Finance | 4110-000 | NA | $34,713.49 | $0.00 | $0.00 |
| | Abn Amro Mortgage Grou | 4110-000 | $234,570.00 | NA | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $100,464.00 | NA | $0.00 | $0.00 |
| | First Midwest Bank/na | 4110-000 | $49,410.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $384,444.00 | $34,713.49 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $918.38 | $918.38 | $918.38 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $55.88 | $55.88 | $55.88 |
| Green Bank | 2600-000 | NA | $65.89 | $65.89 | $65.89 |
| Douglas F. Mann, Attorney for Trustee | 3110-000 | NA | $1,675.00 | $1,675.00 | $1,675.00 |
| Douglas F. Mann, Attorney for Trustee | 3220-000 | NA | $385.97 | $385.97 | $385.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,101.12 | $3,101.12 | $3,101.12 |

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Bill McGovern | 5800-000 | NA | $28,750.00 | $28,750.00 | $572.38 |
| | State of Wisconsin Dept of Revenue | 5800-000 | $1,219.46 | NA | NA | $0.00 |
| | State of Wisconsin Dept of Revenue | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,219.46 | $28,750.00 | $28,750.00 | $572.38 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $6,680.00 | $6,830.91 | $6,830.91 | $0.00 |
| 2 | Quality Gold | 7100-000 | $972.50 | $972.50 | $972.50 | $0.00 |
| 3 | Bastian GMBH & Co KG | 7100-000 | NA | $27,344.62 | $27,344.62 | $0.00 |
| 4 | Bastian GMBH & Co KG | 7100-000 | NA | $2,379.20 | $2,379.20 | $0.00 |
| 5 | Clipper Magazine 88 | 7100-000 | $400.00 | $402.00 | $402.00 | $0.00 |
| 6 | Alicia Polikowski | 7100-000 | $4,146.50 | $4,146.50 | $4,146.50 | $0.00 |
| 7 | Capital One,N.A | 7100-000 | NA | $942.96 | $942.96 | $0.00 |
| 8 | Stuller | 7100-000 | $575.00 | $568.06 | $568.06 | $0.00 |
| 9 | Chase Bank USA, N.A. | 7100-000 | $717.00 | $717.20 | $717.20 | $0.00 |
| 12 | DiaStud Inc | 7100-000 | $3,800.00 | $3,619.67 | $3,619.67 | $0.00 |
| 13 | Concord 24, LLC | 7100-000 | $10,000.00 | $11,410.73 | $11,410.73 | $0.00 |
| | Belair Time Corporation | 7100-000 | $947.00 | NA | NA | $0.00 |
| | Best Western Quiet House | 7100-000 | $387.00 | NA | NA | $0.00 |
| | Capital One, N.a. | 7100-000 | $18,835.00 | NA | NA | $0.00 |
| | Cbs Inc | 7100-000 | $3,583.00 | NA | NA | $0.00 |
| | Citibank | 7100-000 | $5,696.00 | NA | NA | $0.00 |
| | Estate of Kenneth D. Vanek, Jr | 7100-000 | $30,000.00 | NA | NA | $0.00 |
| | Gottlieb | 7100-000 | $165.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kim International | 7100-000 | $750.00 | NA | NA | $0.00 |
| Kohls | 7100-000 | $890.00 | NA | NA | $0.00 |
| Northshore Bank | 7100-000 | $6,468.00 | NA | NA | $0.00 |
| Shell Oil / Citibank | 7100-000 | $461.00 | NA | NA | $0.00 |
| Simmons 1st National | 7100-000 | $3,691.00 | NA | NA | $0.00 |
| Skaggen | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| Supreme Jewelry | 7100-000 | $325.00 | NA | NA | $0.00 |
| World Pay Credit Card Services | 7100-000 | $400.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $100,889.00 | $59,334.35 | $59,334.35 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 11-16993-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CALLAHAN, BRIAN J | | Date Filed (f) or Converted (c): | 04/21/2011 (f) |
| For the Period Ending: | 10/16/2012 | | §341(a) Meeting Date: | 05/20/2011 |
| | | | Claims Bar Date: | 08/23/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Location: 12630 W. Navajo, Palos Heights IL 60463-1741 Title is held by Palos Bank and Trust Land Trust. Debtor and non-debtor spouse hold 100% of beneficial interest in Tenancy by the Entirety. | $145,000.00 | $0.00 | | $0.00 | FA |
| 2 | Single family summer home 42 Fair Oaks, Putnam, IL | $50,000.00 | $0.00 | | $0.00 | FA |
| 3 | Debtors person | $50.00 | $50.00 | | $0.00 | FA |
| 4 | First Midwest Bank Checking Account | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | First Midwest Bank Savings Account | $173.50 | $173.50 | | $0.00 | FA |
| 6 | Location: 12630 W. Navajo, Palos Heights IL 60463-1741 | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Location: 12630 W. Navajo, Palos Heights IL 60463-1741 | $500.00 | $0.00 | | $0.00 | FA |
| 8 | American General Life Insurance Policy $500,000 face value no cash value | $0.00 | $0.00 | | $0.00 | FA |
| 9 | First Trust Company of Onaga IRA | $28,346.00 | $0.00 | | $0.00 | FA |
| 10 | 100% owner of Mequon Fine Jewelers | $0.00 | Unknown | | $0.00 | FA |
| 11 | Leasehold interest in 2010 Acura TSX | $0.00 | $0.00 | | $0.00 | FA |
| 12 | 1983 Glastone outboard recreation motor boat | $3,000.00 | $1,826.50 | | $0.00 | FA |
| 13 | Jewelry showcases and 2 safes used Located at business premises 10804 N. Port Washington Road, Mequon, WI | $8,000.00 | $5,673.50 | | $6,000.00 | FA |

| | | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | | $237,069.50 | $7,723.50 | | $6,000.00 | $0.00 |

**Major Activities affecting case closing:**

Need to liquidate show case + DN promotion held "going out of business" sale and basically stole debtors jewelry of 30-40K worth.  Need accounting of proceeds., keys to premises, 2004 exam, need to see information regarding DN Promotion Demoines IA.  Ryan Blay can go and look, DA to forward keys.  Per DPL we can possibly file a voluntary bk petition and go after DN promotions.

Jewelry to be taken to Finer Jewelry for appraisal

TFR to be completed.

TFR file per UST approval.

Prepare TDR

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 11-16993-ERW | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | CALLAHAN, BRIAN J | | **Date Filed (f) or Converted (c):** | | 04/21/2011 (f) |
| **For the Period Ending:** | 10/16/2012 | | **§341(a) Meeting Date:** | | 05/20/2011 |
| | | | **Claims Bar Date:** | | 08/23/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

TDR sent to UST office for review and approval.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 |
| **Current Projected Date Of Final Report (TFR):** | |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Page No: 1
FORM 2
Case 11-16993  Doc 48  Filed 10/16/12  Entered 10/16/12 13:28:27  Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document  Page 8 of 9
Exhibit 9

| Case No. | 11-16993-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CALLAHAN, BRIAN J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9413 | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/21/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/16/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/10/2011 | (13) | Tobin Jewelers | Purchase of furniture, fixtures and equipment. | 1129-000 | $6,000.00 | | $6,000.00 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.55 | $5,993.45 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $9.98 | $5,983.47 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $9.03 | $5,974.44 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $9.32 | $5,965.12 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $9.62 | $5,955.50 |
| 01/13/2012 | 1001 | Douglas F. Mann | Pursuant to Court order | 3110-000 | | $1,675.00 | $4,280.50 |
| 01/13/2012 | 1002 | Douglas F. Mann | Pursuant to Court order | 3220-000 | | $385.97 | $3,894.53 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $9.07 | $3,885.46 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.86 | $3,879.60 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.46 | $3,873.14 |
| 04/19/2012 | 1003 | Brian J. Callahan | Exemptions on Jewelry showcases | 8100-002 | | $2,326.50 | $1,546.64 |
| 07/12/2012 | 1004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $55.88 | $1,490.76 |
| 07/12/2012 | 1005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $918.38 | $572.38 |
| 07/12/2012 | 1006 | Bill McGovern | Claim #: 10; Amount Claimed: 28,750.00; Amount Allowed: 28,750.00; Distribution Dividend: 1.99; | 5800-000 | | $572.38 | $0.00 |

|  | | TOTALS: | | | $6,000.00 | $6,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  | | Less: Bank transfers/CDs | | | $0.00 | $0.00 | |
|  | | Subtotal | | | $6,000.00 | $6,000.00 | |
|  | | Less: Payments to debtors | | | $0.00 | $2,326.50 | |
|  | | Net | | | $6,000.00 | $3,673.50 | |

| For the period of 4/21/2011 to 10/16/2012 | | For the entire history of the account between 08/10/2011 to 10/16/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,673.50 | Total Compensable Disbursements: | $3,673.50 |
| Total Non-Compensable Disbursements: | $2,326.50 | Total Non-Compensable Disbursements: | $2,326.50 |
| Total Comp/Non Comp Disbursements: | $6,000.00 | Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Case 11-16993   Doc 48   Filed 10/16/12   Entered 10/16/12 13:28:27   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document    Page 9 of 9                                                      Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 11-16993-ERW | |
| **Case Name:** | CALLAHAN, BRIAN J | |
| **Primary Taxpayer ID #:** | ******9413 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/21/2011 | |
| **For Period Ending:** | 10/16/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******9301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $6,000.00 | $6,000.00 | $0.00 |

**For the period of 4/21/2011 to 10/16/2012**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,673.50 |
| Total Non-Compensable Disbursements: | $2,326.50 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/21/2011 to 10/16/2012**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,673.50 |
| Total Non-Compensable Disbursements: | $2,326.50 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |